UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-135 (GK) |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| ALLEN L. MURDOCK, | : | 21 U.S.C. § 846 |
| also known as "Luck," | : | (Conspiracy to Distribute and Possess with |
| also known as "Lucky," | : | Intent to Distribute 500 Grams or More of |
| | : | More of Cocaine) |
| Defendant. | : | 22 D.C. Code §§ 2101, 4502 |
| | : | (Second Degree Murder |
| | : | While Armed) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

Beginning in or about March 2009 and continuing through June 2009, within the District of Columbia and elsewhere, defendant **ALLEN L. MURDOCK**, also known as, "Luck," and also known as "Lucky," did knowingly and willfully combine, conspire, confederate, and agree together with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

Goals of the Conspiracy

The conspiracy had the following goals and objectives:

1.      It was a principal goal of the conspiracy for the defendant and co-conspirators to obtain money and other things of value through the trafficking controlled substances, namely, cocaine, in the District of Columbia, Maryland, and elsewhere.

2. It was a further goal of the conspiracy, among others, to enrich the members of the conspiracy; to create, maintain, and control a market place for the distribution of its controlled substances; to collect monies owed to members of the conspiracy; and to protect the conspiracy and its members from detection, apprehension, and prosecution by law enforcement.

## Manner and Means of the Conspiracy

The ways, manners and means by which the defendant and co-conspirators operated their illegal drug trafficking operation included, but are not limited to, the following:

1. The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute cocaine in Washington, D. C., Maryland, and elsewhere.

2. It was a further part of the conspiracy that the defendant and co-conspirators used cellular telephones to communicate with one another by text message and voice to facilitate their illegal narcotics business and to protect against the detection of the conspiracy by law enforcement officials.

3. It was a further part of the conspiracy that its members took efforts to avoid detection, investigation by law enforcement authorities and conviction of any members of the conspiracy for criminal charges.

## Overt Acts

In furtherance of the conspiracy and in order to effect the objects thereof, the defendant, **ALLEN L. MURDOCK**, also known as "Luck," and "Lucky," co-conspirators not indicted herein and others who are known and unknown to the United States, in various combinations, directly and indirectly, within the District of Columbia, Maryland, and elsewhere, committed overt acts, including, but not limited to, the following:

1. On or about April 29, 2009, the defendant, **ALLEN L. MURDOCK**, also known as "Luck," and "Lucky," agreed to meet Prince Wright at Arundel Mills Mall in Maryland so that he could acquire cocaine from Prince Wright.

2. On or about April 29, 2009, the defendant, **ALLEN L. MURDOCK**, also known as "Luck," and "Lucky," sent text messages to Prince Wright indicating that he was late for their planned meeting at Arundel Mills Mall in Maryland.

3. On or about April 29, 2009, the defendant, **ALLEN L. MURDOCK**, also known as "Luck," and "Lucky," met with Prince Wright in the District of Columbia to further discuss their planned narcotics transaction.

4. On or about April 30, 2009, the defendant, **ALLEN L. MURDOCK**, also known as "Luck," and "Lucky," met with Prince Wright in the District of Columbia to complete their planned narcotics transaction.

5. On or about May 1, 2009, the defendant, **ALLEN L. MURDOCK**, also known as "Luck," and "Lucky," and others unknown to the United States murdered Prince Wright in the District of Columbia and took a quantity of cocaine from Prince Wright.

(**Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

**COUNT TWO**

**SECOND DEGREE MURDER WHILE ARMED**

**ALLEN L. MURDOCK**, within the District of Columbia, whiled armed with a firearm, and with intent to kill another and to inflict serious bodily injury on another and with a conscious disregard of an extreme risk of death or serious bodily injury to another, caused the death of Prince Wright by shooting him with a firearm on or about May 1, 2009, thereby causing the injuries from which Prince Wright died on or about May 1, 2009.

(**Second Degree Murder While Armed**, in violation of 22 D.C. Code, Sections 2103, 4502 (2001 ed.))

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By:            /s/
NIHAR MOHANTY
Assistant United States Attorney
D.C. Bar No. 436686
Violent Crimes and Narcotics Trafficking Section
555 4th Street, NW, Room 4120
Washington, D.C. 20530
(202) 252-7700

4